IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD M. OSBORNE, | ) | CASE NO.: 1:08-cv-473 |
| | ) | |
| Plaintiff, | ) | JUDGE: SOLOMON OLIVER |
| | ) | MAGISTRATE JUDGE: McHARGH |
| vs. | ) | |
| | ) | |
| LNB BANCORP, INC., | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Plaintiff Richard M. Osborne and Defendant LNB Bancorp, Inc., by and through each of their respective undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs.

Respectfully submitted,

KOHRMAN JACKSON & KRANTZ P.L.L.   CALFEE, HALTER & GRISWOLD LLP

s/Jonathan T. Hyman
ARI H. JAFFE (0037761)
BRETT S. KRANTZ (0069238)
JONATHAN T. HYMAN (0068812)
One Cleveland Center, 20th Floor
1375 East Ninth Street
Cleveland, OH  44114
Phone: 216-696-8700
Fax: 216-621-6536
ahj@kjk.com
bk@kjk.com
jth@kjk.com

*Attorneys for Plaintiff*

s/Kimberly Moses
MITCHELL BLAIR (0010892)
KIMBERLY MOSES (0029601)
LAURA MCBRIDE (0080059)
1400 KeyBank Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
Telephone: 216-622-8200
Facsimile: 216-241-0816
mblair@calfee.com
kmoses@calfee.com
lmcbride@calfee.com

*Attorneys for Defendant*

4/24/2008 - IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR. - UNITED STATES DISTRICT JUDGE

{K0167344.1}